# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-51200
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
June 23, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSE ZAVALA,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:13-CR-164-14

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before HIGGINBOTHAM, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

This case returns to us on remand from the Supreme Court, No. 15-5980, *Jose Zavala v. United States.* The Supreme Court reversed our affirmance of the district court's sentence of Zavala and remanded this case to us for further proceedings consistent with the Court's opinion. Accordingly, we VACATE the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-51200

district court's sentence of Zavala and REMAND this case to the District Court for the Western District of Texas for resentencing consistent with the opinion of the Supreme Court.